CLERK OF THE
DISTRICT COURT
KRISTIE LEE BOELTER
2015 DEC 8 AM 9 29
FILED
BY _____
DEPUTY

# MONTANA THIRTEENTH JUDICIAL DISTRICT COURT
## YELLOWSTONE COUNTY

| | |
|---|---|
| PETER BYORTH and ANN McKEAN, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY and JOHN DOES I-X,<br><br>Defendants. | Cause No. DV 15-0511<br><br>Judge: Gregory R. Todd<br><br>**ORDER** |

Upon unopposed motion of Defendant USAA Casualty Insurance Company and with good cause appearing,

IT IS HEREBY ORDERED that Defendant USAA Casualty Insurance Company has up to and including December 16, 2015, to file its Response in Opposition to Plaintiffs' Motion to Certify Class.

DATED this 4th day of December, 2015.

Hon. Gregory Todd

cc: Ian McIntosh/Kelsey Bunkers
Jessica G. Scott
John Heenan/Colette B. Davies

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing was duly served by mail/hand/inter-office delivery upon the parties or their attorneys of record at their last known addresses this ___ day of December, 2015.

By _____
Judicial Asst. to Hon. Gregory R. Todd