CLERK OF THE
DISTRICT COURT
KRISTIE LEE BOELTER

2016 JAN 20 PM 4 03

FILED
BY _____
DEPUTY

# MONTANA THIRTEENTH JUDICIAL DISTRICT COURT, YELLOWSTONE COUNTY

PETER BYORTH and ANN MCKEAN, on behalf of themselves and all those similarly situated,

Plaintiffs,

vs.

USAA CASUALTY INSURANCE COMPANY and JOHN DOES I-X,

Defendants.

Cause No. DV 15-0511

Judge Gregory R. Todd

**ORDER GRANTING DEFENDANTS' MOTIONS TO STAY**

This Court issued its Order Certifying Class on December 29, 2015. Plaintiffs then moved for a scheduling conference on January 7, 2016, along with motions and briefs to compel and turnover class list. On January 7, 2016, Defendants filed a Notice of Appeal to the Montana Supreme Court regarding this Court's Order Certifying Class. Defendants also filed a Motion and Brief to Stay Plaintiffs' Motions. In light of Defendants' appeal and Motions for Stay and good cause appearing therefrom,

**IT IS HEREBY ORDERED** that Defendants' Motions to Stay are GRANTED pending a decision of the Montana Supreme Court regarding this Court's certification of class and Defendants' appeal of that Order.

**DATED** this 14 day of January, 2016.

HON. GREGORY R. TODD, District Court Judge

-1-

Cc: John Heenan / Colette B. Davies, Attorneys for Plaintiffs
　　Ian McIntosh / Kelsey E. Bunkers / Jessica G. Scott, Attorneys for Defendants

CERTIFICATE OF SERVICE

This is to certify that the foregoing was duly served by U.S. mail or by hand the parties or their attorneys of record at their last known address this 15th day of January, 2016.

By _____
　　Judicial Assistant to Hon. Gregory R. Todd