CLERK OF THE
DISTRICT COURT
KRISTIE LEE BOELTER

2016 DEC 16 PM 2 31

FILED

BY _____

DEPUTY

## MONTANA THIRTEENTH JUDICIAL DISTRICT COURT, YELLOWSTONE COUNTY

| | |
|---|---|
| PETER BYORTH and ANN MCKEAN, on behalf of themselves and all those similarly situated, | Cause No. DV 15-0511 |
| | Judge Gregory R. Todd |
| Plaintiffs, | **ORDER SETTING STATUS AND SCHEDULING CONFERENCE** |
| vs. | |
| USAA CASUALTY INSURANCE COMPANY and JOHN DOES I-X, | |
| Defendants. | |

**IT IS HEREBY ORDERED** that a status and scheduling conference is set for the 30th day of December, 2016, at the hour of 8:30 o'clock a.m. in Room 516 of the Yellowstone County Courthouse, Billings, Montana. Defense counsel may appear by phone by initiating a conference call to the Court at (406) 256-2901.

**DATED** this ___ day of December, 2016.

HON. GREGORY R. TODD, District Court Judge

Cc: John Heenan / Colette B. Davies, Attorneys for Plaintiffs
    Ian McIntosh / Kelsey E. Bunkers / Jessica G. Scott, Attorneys for Defendants

CERTIFICATE OF SERVICE

This is to certify that the foregoing was duly served by U.S. mail or by hand the parties or their attorneys of record at their last known address this ___ day of December, 2016.

By _____

Judicial Assistant to Hon. Gregory R. Todd

-1-