ORIGINAL

CLERK OF THE
DISTRICT COURT
TERRY HALPIN

2017 MAR 24 PM 4 27
FILED
BY _____ DEPUTY (49)

## MONTANA THIRTEENTH JUDICIAL DISTRICT COURT
## YELLOWSTONE COUNTY

| | |
|---|---|
| PETER BYORTH and ANN McKEAN, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY and JOHN DOES I-X,<br><br>Defendants. | Cause No. DV 15-0511<br><br>Judge: Gregory R. Todd<br><br>**[PROPOSED ORDER] GRANTING USAA CIC'S UNOPPOSED MOTION FOR PRO HAC VICE OF JEREMY A. MOSELEY** |

Before the Court is USAA CIC's Unopposed Motion for Pro Hac Vice of Jeremy A. Moseley. Being fully advised of the premises and the record herein, the Court GRANTS the Motion. Good cause exists pursuant to Rule IV(C) to allow this admission. Mr. Moseley is admitted to appear as counsel *pro hac vice* for USAA CIC in this case, subject to the all the rules and regulations for counsel appearing *pro hac vice*.

Dated this 22nd day of March 2017.

Hon. Gregory R. Todd

CERTIFICATE OF SERVICE

This is to certify that the foregoing was duly served by ___ delivery upon the parties of record at their last known address

23rd ___ March ___, 2017

By _____ Hon. Gregory R. Todd