CLERK OF THE
DISTRICT COURT
TERRY HALPIN

2017 NOV 16 PM 3 26

FILED
BY _____ (59) KM
DEPUTY

## MONTANA THIRTEENTH JUDICIAL DISTRICT COURT
## YELLOWSTONE COUNTY

| | |
|---|---|
| PETER BYORTH and ANN McKEAN, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY and JOHN DOES I-X,<br><br>Defendants. | Cause No. DV 15-0511<br><br>Judge: Gregory R. Todd<br><br>**ORDER** |

Upon unopposed motion of Defendant USAA Casualty Insurance Company and with good cause appearing,

IT IS HEREBY ORDERED that Defendant USAA Casualty Insurance Company has up to and including November 13, 2017, to file its responsive pleading to Plaintiffs' First Amended Complaint and Jury Demand.

DATED this 14th day of November, 2017.

Honorable Gregory R. Todd

cc: Ian McIntosh/Kelsey Bunkers
Jeremy Moseley
John Heenan/Colette B. Davies
Devlan Geddes/Trent Gardner

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing was duly served by mail/hand/inter-office delivery upon the parties or their attorneys of record at their last known addresses this 15th day of November, 2017.

By _____
Judicial Asst. to Hon. Gregory R. Todd