IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PETER BYORTH and ANN McKEAN, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY and JOHN DOES I-X,<br><br>Defendant. | CV 17-153-BLG-TJC<br><br>**ORDER** |

Defendant has filed an Unopposed Motion for Leave to File Under Seal Its Opposition to Plaintiffs' Rule 30(d)(2) Motion to Compel. (Doc. 67.) Good cause appearing, IT IS HEREBY ORDERED that Defendant's motion is GRANTED and Docs. 68, 68-1, 68-2, 68-3, 68-4, 68-5, and 68-6 in the above-captioned matter are SEALED.

**IT IS ORDERED**.

DATED this 1st day of February, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge