IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PETER BYORTH and ANN McKEAN, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY and JOHN DOES I-X,<br><br>Defendant. | CV 17-153-BLG-TJC<br><br>**ORDER DENYING PLAINTIFFS' UNOPPOSED MOTION TO SEAL** |

Plaintiffs have filed their third Unopposed Motion to Seal. (Doc. 76.) Plaintiffs prior motions were accompanied by a redacted version of the document to be sealed in compliance with L.R. 5.1(d). However, Plaintiffs' instant motion fails to comply with L.R. 5.1(d)'s provisions. Accordingly,

IT IS HEREBY ORDERED that Plaintiffs' motion is DENIED without prejudice. Plaintiffs may refile their motion in compliance with L.R. 5.1(d)(3) by (1) stating why it is not feasible to file a redacted version of the document in the

///

///

///

///

public record, or (2) filing a redacted version of the document in the public record.

**IT IS ORDERED**.

DATED this 8th day of February, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge