IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PETER BYORTH and ANN McKEAN, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY and JOHN DOES I-X,<br><br>Defendant. | CV 17-153-BLG-TJC<br><br>**ORDER** |

Plaintiffs have filed an unopposed motion to seal. (Doc. 82.) Having complied with L.R. 5.1(d) and good cause appearing, IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED and Doc. 77 in the above-captioned matter is SEALED.

**IT IS ORDERED**.

DATED this 8th day of February, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge