IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PETER BYORTH and ANN McKEAN, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY and JOHN DOES I-X,<br><br>Defendant. | CV 17-153-BLG-TJC<br><br>**ORDER STAYING CLASS CERTIFICATION BRIEFING** |

The Court held a status conference in this matter on April 22, 2019. After discussion regarding Plaintiffs' pending motion for class certification (Doc. 92), IT IS HEREBY ORDERED that briefing on the motion for class certification is STAYED pending resolution of the parties' pending discovery motions. Upon resolution of the discovery motions, the Court will set a schedule for further class certification briefing.

**IT IS ORDERED**.

DATED this 22th day of April, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge