IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PETER BYORTH and ANN McKEAN, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY and JOHN DOES I-X,<br><br>Defendants. | CV 17-153-BLG-TJC<br><br>**ORDER** |

Defendant USAA Casualty Insurance Company has filed an unopposed motion to vacate the April 26, 2019 hearing on pending discovery motions. (Doc. 116.) Good cause appearing, IT IS HEREBY ORDERED that the motion is GRANTED. The hearing set for April 26, 2019, at 2:00 p.m. is hereby VACATED.

IT IS FURTHER ORDERED that the parties shall file a status report on or before May 23, 2019 informing the Court whether a hearing on the pending discovery motions is required, or whether the pending motions are moot.

DATED this 25th day of April, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge