IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PETER BYORTH and ANN McKEAN, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY and JOHN DOES I-X,<br><br>Defendants. | CV 17-153-BLG-TJC<br><br>**ORDER** |

On April 22, 2019, this Court stayed briefing on Plaintiffs' pending motion for class certification until the parties' pending discovery motions were resolved. (Doc. 114.) The Court indicated that it would set a schedule for further class certification briefing upon resolution of the pending discovery motions. *Id.*

On April 25, 2019, this Court ordered the parties to file a status report on or before May 23, 2019 informing the Court whether a hearing on the pending discovery motions is required, or whether the pending motions are moot. (Doc. 117.) The parties have now filed status reports indicating the pending discovery motions (Docs. 60, 75, 78, & 97) are moot, and Plaintiffs have requested the Court lift its stay on class certification briefing. (Docs. 124, 126.)

Accordingly, IT IS HEREBY ORDERED that the motions at Docs. 60, 75, 78, and 97 are DENIED as MOOT.

IT IS FURTHER ORDERED that the Court's stay on class certification briefing (Doc. 114) is LIFTED. Defendant shall file its response to Plaintiffs' Motion for Class Certification within 21 days of this Order, and Plaintiffs may file a reply within 14 days after Defendant's response is filed.

IT IS ORDERED.

DATED this 29th day of May, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge