IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PETER BYORTH and ANN McKEAN, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY and JOHN DOES I-X,<br><br>Defendant. | CV 17-153-BLG-TJC<br><br>**ORDER** |

Defendant USAA Casualty Insurance Company has filed an unopposed motion to seal. (Doc. 133.) Having complied with L.R. 5.1(d) and good cause appearing, IT IS HEREBY ORDERED that USAA's motion is GRANTED and Doc. 134, including Exhibits C, H, I, J, K, L, O, P, R, T, and U, and Doc. 135, including Exhibits 2, 3, 5, 11, 13, and 15 in the above-captioned matter are SEALED.

**IT IS ORDERED**.

DATED this 24th day of June, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge