Ian McIntosh
Kelsey E. Bunkers
CROWLEY FLECK, PLLP
1915 South 19th Avenue
P.O. Box 10969
Bozeman, MT  59719
Telephone:  406.556.1430
Email:  imcintosh@crowleyfleck.com
        kbunkers@crowleyfleck.com

Jeremy A. Moseley (MT Bar No. 44830177)
Hannah R. Seifert (MT Bar No. 42358613)
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone:  303.244.1800
Email:  moseley@wtotrial.com
        seifert@wtotrial.com

*Attorneys for Defendant,*
*USAA Casualty Ins. Co.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA BILLINGS DIVISION

| | |
|---|---|
| PETER BYORTH,<br><br>Plaintiff,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY and JOHN DOES I-X,<br><br>Defendants. | Case No. CV 17-153-BLG-KLD<br><br>**NOTICE OF SETTLEMENT** |

Defendant USAA Casualty Insurance Company, through counsel, hereby notifies the Court that the parties have agreed to resolve this matter. The parties

will file the appropriate stipulation for dismissal upon execution of final settlement papers.

Dated: September 28, 2020          Respectfully submitted,


*s/ Jeremy A. Moseley*
Jeremy A. Moseley
Hannah R. Seifert
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone: 303.244.1800
Facsimile: 303.244.1879
Email:   moseley@wtotrial.com
         seifert@wtotrial.com

Attorneys for Defendant
USAA Casualty Insurance Company

1

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on September 28, 2020, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **David E. Breskin**
  dbreskin@bjtlegal.com, rtamngin@bjtlegal.com, ntigner@bjtlegal.com, admin@bjtlegal.com

- **Kelsey E. Bunkers**
  kbunkers@crowleyfleck.com, jrockman@crowleyfleck.com

- **Brendan W. Donckers**
  bdonckers@bjtlegal.com, rtamngin@bjtlegal.com, ntigner@bjtlegal.com, admin@bjtlegal.com

- **Trent M. Gardner**
  tgardner@goetzlawfirm.com, KarenDSa@goetzlawfirm.com, kmatlock@goetzlawfirm.com

- **James Devlan Geddes**
  devlan@goetzlawfirm.com, kmatlock@goetzlawfirm.com, lnelson@goetzlawfirm.com

- **John C. Heenan**
  john@lawmontana.com, colleen@lawmontana.com, brandi@lawmontana.com, holly@lawmontana.com

- **Ian McIntosh**
  imcintosh@crowleyfleck.com, jrockman@crowleyfleck.com

- **Jeremy A. Moseley**
  moseley@wtotrial.com, kern@wtotrial.com

- **Hannah R. Seifert**
  seifert@wtotrial.com, lorubbio@wtotrial.com

- **Jeffrey J. Tierney**
  jtierney@goetzlawfirm.com, lnelson@goetzlawfirm.com

*s/ Kelsey Kern on behalf of Jeremy A. Moseley*