John Heenan
**HEENAN & COOK**
1631 Zimmerman Trail
Billings, Montana 59102
Phone: (406) 839-9091
Email: john@lawmontana.com

J. Devlan Geddes/Trent M. Gardner/Jeffrey Tierney
**GOETZ BALDWIN & GEDDES PC**
35 N. Grand Ave.
P.O. Box 6580
Bozeman, MT 59771
Phone: (406) 587-0618
Email:  devlan@goetzlawfirm.com
        tgardner@goetzlawfirm.com
        jtierney@goetzlawfirm.com

Attorneys for Plaintiffs
[Additional counsel identified on signature page]

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA, BILLINGS DIVISION**

| | |
|---|---|
| PETER BYORTH,<br><br>             Plaintiff,<br>   v.<br><br>USAA CASUALTY INSURANCE COMPANY and JOHN DOES I-X,<br><br>             Defendants. | Case No. CV-17-153-BLG-KLD<br><br>***UNOPPOSED* MOTION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, by and through counsel of record, moves that any and all causes of action between Plaintiff and Defendants, be dismissed with prejudice, with each party to bear their own fees and costs. Counsel for Defendant has been contacted concerning this motion and does not object.  A proposed order is attached hereto.

DATED this 15th day of October, 2020.

/s/ John Heenan
John Heenan
HEENAN & COOK
1631 Zimmerman Trail
Billings, Montana 59102
Phone: (406) 839-9091
Email: john@lawmontana.com

J. Devlan Geddes
Trent M. Gardner
Jeffrey J. Tierney
GOETZ, BALDWIN & GEDDES, P.C.
35 North Grand
P.O. Box 6580
Bozeman, MT 59771-6580
Phone: (406) 587-0618
Fax:   (406) 587-5144
Email: devlan@goetzlawfirm.com
tgardner@goetzlawfirm.com
jtierney@goetzlawfirm.com

David E. Breskin (*Pro Hac Vice*)
Brendan W. Donckers (*Pro Hac Vice*)
BRESKIN JOHNSON & TOWNSEND
1000 Second Ave., Suite 3670
Seattle, WA 98104
Phone: (206) 652-8660
Fax:   (206) 652-8290
Email: bdonckers@bjtlegal.com