IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PETER BYORTH,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY and JOHN DOES 1-X,<br><br>　　　　　　Defendants. | CV 17-153-BLG-KLD<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Unopposed Motion for Dismissal with Prejudice (Doc. 216), and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 15th day of October, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1